PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 01 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Larry Allen Powell                Case Number: 2:02CR00055-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 10/03/2002              Type of Supervision:   Supervised release

Original Offense: Felon in Possession of           Date Supervision Commenced: 12/07/2004
Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 41 Months; TSR - 36    Date Supervision Expires: 12/06/2007
Months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

16.   You shall reside in a community corrections center for a period up to __180__ days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

The defendant was arrested on charges of First Degree Assault, First Degree Possession of Stolen Property, and Attempt to Elude on November 28, 2005. The defendant was arraigned in Spokane County District Court and released on a $15,000 appearance bond. Spokane Superior Court has 72 hours to file a formal complaint on the current charges. Mr. Powell contacted the U.S. Probation Office to notify the probation officer of the pending charges. He admits to having a significant problem with alcohol. He is agreeable to go into a community corrections center for 180 days. The purpose of this public law placement is to keep the community and the defendant safe pending the resolution of these criminal charges. The defendant will also be placed into an intensive outpatient treatment program until the new charges are resolved. While in the community corrections center, Mr. Powell will also be able to continue with the education programs he has been attending at Spokane Community College. A petition for Court action will be submitted once the police reports are received and there is some direction on the disposition of these criminal charges.

Respectfully submitted,

by  *Anne Sauther* (signature)

Anne Sauther
U.S. Probation Officer
Date: November 30, 2005

Prob 12B

**Re: Powell, Larry Allen**
**November 30, 2005**
**Page 2**

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

12/1/05
_____
Date