*-PROB 12B
(7/93)

Report Date: May 22, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 24 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Larry Allen Powell                Case Number: 2:02CR00055-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 10/3/2002                Type of Supervision: Supervised Release

Original Offense: Felon in Possession of
Ammunition, 18 U.S.C. § 922(g)(1)Felon in
Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Date Supervision Commenced: 12/7/2004

Original Sentence: Prison - 41 Months; TSR - 36
Months

Date Supervision Expires: 12/6/2007

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18      You shall participate in the home confinement program for 90 days. You shall abide by all the requirements
of the program, which will include electronic monitoring or other location verification system. You shall
pay all or part of the costs of the program based upon your ability to pay.  The period of electronic
monitoring will commence after Mr. Powell is released from Geiger Corrections Center.

### CAUSE

Mr. Powell will complete 180 days at Geiger Corrections Center on June 5, 2006. He will then be returning to his
residence.  He still has numerous Washington State felony charges which are still pending and have not been
resolved.  Subsequently, it is requested that he spend 90 days on electronic monitoring after his release from the
community corrections center to continue monitoring this case while the state charges are resolved.

Respectfully submitted,

by      *Anne Sauther*

Anne L. Sauther
U.S. Probation Officer
Date: May 22, 2006

Prob 12B

**Re: Powell, Larry Allen**
**May 22, 2006**
**Page 2**

THE COURT ORDERS

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[  ]   Other

_____
Signature of Judicial Officer

5/24/06

_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall participate in the home confinement program for 90 days.  You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system.  You shall pay all or part of the costs of the program based upon your ability to pay.


Witness: _____
Anne Sauther
U.S. Probation Officer

Signed: _____
Larry Allen Powell
Probationer or Supervised Releasee

_____
May 22, 2006
Date